**ALIRON INTERNATIONAL, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**COLUMBIA HEALTHCARE—the**
**Arora Group Joint Venture,**
**Defendant–Appellee.**

No. 04–5136.

United States Court of Appeals,
Federal Circuit.

June 8, 2005.

Before LOURIE, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Edward M. KELSO, Jr., Petitioner,**

v.

**MERIT SYSTEMS PROTECTION**
**BOARD, Respondent.**

No. 04–3368.

United States Court of Appeals,
Federal Circuit.

June 8, 2005.

Before RADER, DYK, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.